OPINION — AG **** CONSTITUTIONAL LIMITATION ON LEGISLATIVE POWER TO REISSUE CERTAIN BONDS **** THE LEGISLATURE WOULD NOT BE EMPOWERED TO SELL OR REISSUE ADDITIONAL BONDS IF THE ORIGINAL INDEBTEDNESS IS REDUCED BELOW THE TWO HUNDRED FIFTY MILLION ($250,000,000) FIGURE. CITE: ARTICLE X, SECTION 33, ARTICLE X, SECTION 36, ARTICLE X, SECTION 37, ARTICLE X, SECTION 38, ARTICLE X, SECTION 25, ARTICLE X, SECTION 23 (MICHAEL D. TINNEY)